IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **GIBREMARIAM BISEWER** | : | |
| Plaintiff, | : | Case No. 11-CV-516 |
| v. | : | JUDGE ALGENON L. MARBLEY |
| **ZEGRA NISRANE,** *et al.*, | : | Magistrate Judge Mark R. Abel |
| Defendants. | : | |

### ORDER

This matter is before the court on parties' joint Motion to Substitute Parties with the court, requesting the substitution of Defendant Avis Budget Group, LLC's ("Avis") for the proper defendant insurer, "Pathfinder Insurance." Upon stipulation of parties, Defendant Avis is hereby **DISMISSED.**

Because Defendant Avis is no longer a party to the action, Defendant Avis's Motion to Dismiss Plaintiff's supplemental complaint (Doc. 9), and Defendant Avis's subsequent Motion for Judgment on the Pleadings (Doc. 22), are deemed **MOOT**.

**IT IS SO ORDERED.**

                                                                                s/ Algenon L. Marbley
                                                                                **Algenon L. Marbley**
                                                                                **United States District Judge**

**Dated: October 19, 2011**